David Pierce, Esq. [SBN 162396]
Azita Mirzaian, Esq. [SBN 280749]
**PIERCE LAW GROUP LLP**
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212
Telephone: (310) 274-9191
Facsimile:  (310) 274-9151
David@piercelawgroupllp.com
Azita@piercelawgroupllp.com

Attorney for Plaintiff CELINE TRAN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CELINE TRAN, an individual,

        Plaintiff,

    vs.

SHAD GREGORY MOSS, an
individual; UNIVERSAL MUSIC
GROUP, INC., a Delaware corporation;
and DOES 1 to 10, inclusive,

        Defendants.

Case No.

CV12-06551 RSWL (FMOx)

**COMPLAINT**

**1. VIOLATION OF COMMON
   LAW  RIGHT OF PUBLICITY
2. VIOLATION OF CALIFORNIA
   CIVIL CODE § 3344
3. UNFAIR BUSINESS PRACTICES
   IN VIOLATION OF
   CALIFORNIA BUSINESS &
   PROFESSIONS CODE § 17200
4. FALSE ASSOCIATION IN
   VIOLATION OF THE FEDERAL
   LANHAM ACT, 15 U.S.C. § 1125
5. UNJUST ENRICHMENT**

**REQUEST FOR TRIAL BY JURY**

COMPLAINT
-1-

PIERCE LAW GROUP LLP
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212

COMES NOW Plaintiff CELINE TRAN, for herself and for no others, and complains against Defendants, and each of them, and seeks relief pursuant to the following causes of action alleged herein as follows:

## I.   INTRODUCTION

1.      Plaintiff CELINE TRAN (hereinafter "PLAINTIFF") is a professional model and actress who is professionally known as "Katsuni." In late 2011 or early 2012, PLAINTIFF agreed to appear in a music video for the band Electronic Conspiracy. As part of her work in the Electronic Conspiracy music video, PLAINTIFF depicted a club dancer and her dance performance was central to the concept of the music video. At no time did PLAINTIFF permit the footage of her dance performance in the Electronic Conspiracy music video to be used for any other purpose or in conjunction with any other musician other than Electronic Conspiracy.

2.      During dates and times not presently known to PLAINTIFF, Defendants SHAD GREGORY MOSS, professionally known as "Bow Wow" (hereinafter "BOW WOW"), and DOES 1-10 (hereinafter "DOES") caused PLAINTIFF's image and likeness, in the form of her dance performance in the Electronic Conspiracy music video, to be used in a music video for the rapper BOW WOW. BOW WOW and DOES subsequently made this BOW WOW music video available for viewing by the public by posting it on BOW WOW's official YouTube page, thereby using PLAINTIFF's misappropriated image, likeness, and trademark to promote the career and music of BOW WOW, and to benefit and promote the business and commercial interests of BOW WOW, DOES, and Defendant UNIVERSAL MUSIC GROUP (hereinafter "UMG").

3.      BOW WOW and DOES do not now, nor did they ever, have any rights with respect to the use of PLAINTIFF's image and likeness. BOW WOW

and DOES were fully aware that they did not have PLAINTIFF's consent or authorization to use her image or footage of her dance performance in the BOW WOW music video. BOW WOW, UMG, and DOES received direct commercial benefits, as well as goodwill and notoriety, from the misappropriation and misuse of PLAINTIFF's image, likeness, and trademark.

4.    BOW WOW and DOES' actions constitute a violation of PLAINTIFF's common law right of publicity, a violation of California Civil Code § 3344, a violation of California Business and Professions Code § 17200, *et seq.*, and a violation of the Federal Lanham Act 15 U.S.C. § 1125. Furthermore, BOW WOW, UMG, and DOES have all been unjustly enriched by the misappropriation of PLAINTIFF's image, likeness, and trademark.

## II.    THE PARTIES

5.    Plaintiff CELINE TRAN is a natural person, and at all times herein mentioned was a resident of the County of Los Angeles, State of California.

6.    PLAINTIFF is informed and believes, and upon that basis alleges that Defendant SHAD GREGORY MOSS, professionally known as "Bow Wow" is an individual residing in the State of Georgia. Plaintiff is informed and believes, and upon that basis alleges, that BOW WOW is a prominent rap musician who is signed to a record label owned by Universal Music Group, which is headquartered in Los Angeles, California. On information and belief, BOW WOW is also represented by talent agents who are based in the Los Angeles offices of United Talent Agency and Universal Media Artists. BOW WOW regularly tours and performs throughout the United States, including in Los Angeles, California.

7.    PLAINTIFF is informed and believes, and upon that basis alleges that Defendant UNIVERSAL MUSIC GROUP is a Delaware corporation with corporate headquarters located at 2220 Colorado Avenue, Santa Monica,

PIERCE LAW GROUP LLP
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212

California 90404 and 1755 Broadway, New York, New York 10019. On information and belief, UMG is the parent company of Universal Republic Records and Cash Money records, the labels that Defendant BOW WOW is signed to and which are releasing BOW WOW's forthcoming 2012 album "Underrated."

8.      PLAINTIFF is ignorant of the true names and capacities of those Defendants sued herein as DOES 1 to 10, inclusive, and therefore PLAINTIFF sues these DOE Defendants by such fictitious names. PLAINTIFF may seek leave of this Court, if required, to amend this complaint to allege the true names and capacities of any DOE Defendant when their said true identity and/or capacity are ascertained. PLAINTIFF is informed and believes, and upon that basis alleges that each of said DOE Defendants in some manner participated in, and is responsible for, the actions alleged herein, and proximately caused the resulting damages to PLAINTIFF.

9.      PLAINTIFF is informed and believes, and upon that basis alleges that in doing the acts and actions complained of herein, that all Defendants were the alter egos, agents, servants, and employees of each of the other Defendants. In doing the acts and actions as alleged herein, all Defendants were acting within the course and scope of such relationship and with the actual and/or implied knowledge, permission, consent, ratification and approval of the other Defendants. PLAINTIFF further alleges that each Defendant herein mentioned was at all times the agent and/or employee of the remaining Defendants and that each such Defendant was acting within the course and scope of said agency and/or employment, as well as acting for their own individual benefit and interest, and therefore each Defendant is sued as the agent and/or employee of every other Defendant, as well as in his/her or its individual capacity to the extent alleged and described in this complaint.

PIERCE LAW GROUP LLP
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212

### III.   JURISDICTION AND VENUE

10.    This Court has original jurisdiction over this action pursuant to pursuant to 28 U.S.C. § 1332 (diversity jurisdiction), in that it is a civil action between citizens of different states in which the matter in controversy exceeds the jurisdictional minimum of this Court.   This Court also has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 (Federal question), in that it is an action arising under the Federal Lanham Act, and this Court has supplemental jurisdiction over PLAINTIFF's state law claims pursuant to 28 U.S.C. § 1367 (supplemental jurisdiction).

11.    Venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391(b)(2), in that a substantial part of the events or omissions giving rise to the claims alleged herein, occurred in the Central District of California. Venue is also proper in the Central District of California pursuant to 28 U.S.C. § 1391(b)(3), in that this Court has personal jurisdiction over Defendants.

### IV.   FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

12.    PLAINTIFF is a professional model and actress who is professionally known as "Katsuni."   PLAINTIFF has achieved international acclaim in her chosen entertainment field, has a large fan-base for her adult film work, and has won numerous awards in that genre, including "Foreign Female Performer of the Year 2011" and "Crossover Star of the Year 2012" (in reference to her success in crossing over from adult films into mainstream films).

13.    Defendant BOW WOW is a prominent American rap musician. PLAINTIFF is informed and believes and upon that basis alleges that Defendants BOW WOW and DOES are the owners and operators of the various aspects of BOW WOW's publicity efforts and online social media presence, including BOW WOW's official Twitter page (twitter.com/#!/bowwow) and

BOW WOW's official YouTube page (youtube.com/user/PrinceBowWow).

14.    On information and belief, BOW WOW is signed to Universal Republic Records and Cash Money Records, labels that are owned by Defendant UMG and which are releasing BOW WOW's forthcoming 2012 album "Underrated."

15.    In late 2011 or early 2012, PLAINTIFF agreed to appear in a music video for the French band Electronic Conspiracy. As part of her work in the Electronic Conspiracy music video, PLAINTIFF depicted a club dancer and her dance performance was central to the concept of the music video.

16.    PLAINTIFF consented to the use of her likeness and image by Electronic Conspiracy for inclusion in their music video. At no time did PLAINTIFF permit the footage of her dance performance in the Electronic Conspiracy music video to be used for any other purpose or in conjunction with any other musician other than Electronic Conspiracy.

17.    PLAINTIFF is informed and believes and upon that basis alleges that Electronic Conspiracy is a wholly independent musical entity separate and apart from BOW WOW, and that it has no relation to or shared interests, business or otherwise, with BOW WOW and DOES.

18.    There is not now, nor has there ever been, any agreement between PLAINTIFF and BOW WOW and DOES for the use of her image and likeness in connection with BOW WOW and DOES' business or for any other purpose. BOW WOW and DOES do not now, nor have they ever had, any right of any kind with respect to the use of PLAINTIFF's likeness and image for any purpose.

19.    During dates and times not presently known to PLAINTIFF, BOW WOW and DOES caused PLAINTIFF's image and likeness, in the form of her dance performance in the Electronic Conspiracy music video, to be used in a BOW WOW rap music video for his rendition of the song "Drank in My Cup."

PIERCE LAW GROUP LLP
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212

20.     The caption in the BOW WOW music video's opening frame states "BOW WOW, 'Drank in My Cup," Directed by Rico Da Crook, Cash Money Records." Upon information and belief, "Rico Da Crook" is BOW WOW's official videographer and cameraman with a regular affiliation with BOW WOW and Cash Money Records.

21.     The BOW WOW music video was edited so that it appears that BOW WOW is performing in the same environment in which PLAINTIFF's dance performance is taking place. The footage of PLAINTIFF's dance performance is a central feature of the BOW WOW music video and in fact constitutes approximately 62% of the entire music video – the video is two minutes and ten seconds in length, and PLAINTIFF is on screen for full a minute and twenty seconds of that running time. Additionally, a portion of the video features a woman who resembles PLAINTIFF (a body double) and who is engaged in intimate activities with BOW WOW. The manner in which the video has been edited in these scenes implies to the viewer that *PLAINTIFF* is engaged in intimate activities with BOW WOW.

22.     After creating this BOW WOW music video, BOW WOW and DOES subsequently made it available for viewing by the public by posting it on BOW WOW's official YouTube page and by providing a link to it on BOW WOW's official Twitter page on April 20, 2012.

23.     At the time that BOW WOW and DOES posted the video for "Drank in My Cup" on YouTube and posted a link to it on Twitter, they were engaged in promoting BOW WOW's forthcoming album, "Underrated," set to be released by UMG's labels in late 2012, and in promoting BOW WOW's corresponding live tour. The "Drank in My Cup" video, featuring PLAINTIFF's misappropriated image, likeness, and trademark, was part of these promotional efforts and was used to promote the business and commercial interests of BOW WOW, UMG, and DOES by generating interest in BOW

PIERCE LAW GROUP LLP
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212

WOW, encouraging sales of his music, and encouraging sales of his tour tickets.

24.    On April 23, 2012, BOW WOW and DOES removed the BOW WOW music video from BOW WOW's official YouTube page. However, PLAINTIFF is informed and believes that between April 20, 2012 and April 23, 2012, the BOW WOW music video was viewed over a quarter of a million times on BOW WOW's official YouTube page.

25.    Furthermore, although the video was removed from BOW WOW's official YouTube page, as of the time of this filing, the video is still available for viewing on other users' YouTube pages and has been viewed more than fifty-two thousand times on these other users' YouTube pages. PLAINTIFF's counsel is presently attempting to get these users to take the infringing video off of their YouTube pages.

26.    The video is also still available for viewing on various websites that re-hosted it, including HipHopStan.com (on which the video has gotten 31,961 hits as of the time of this filing), HotNewHipHop.com (on which the video has gotten 9,412 hits as of the time of this filing), and It.MusicPlayOn.com (on which the video has gotten 2,706 hits as of the time of this filing). PLAINTIFF's counsel is presently attempting to get these websites to take the infringing video off of their websites.

27.    PLAINTIFF is informed and believes that the BOW WOW music video with PLAINTIFF's image and likeness was viewed by members of the public throughout Los Angeles County, California, the United States, and overseas.

28.    The BOW WOW music video, featuring PLAINTIFF's dance performance, was used to promote the career and music of BOW WOW, and to promote the business and commercial interests of BOW WOW, UMG, and DOES.

29.    At no time did either PLAINTIFF or Electronic Conspiracy consent

PIERCE LAW GROUP LLP
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212

PIERCE LAW GROUP LLP
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212

to BOW WOW and DOES' use of PLAINTIFF's image and likeness for any purpose. PLAINTIFF further alleges on information and belief that BOW WOW and DOES knew that they did not have consent or authorization to use PLAINTIFF's image and likeness in BOW WOW's music video or to post said music video on the internet.

30.    A true and correct print-out of BOW WOW's official Twitter page, featuring an April 21, 2012 "tweet" and link to the BOW WOW music video in question, "Drank in My Cup," is attached to this complaint and marked as Exhibit "A."

31.    A true and correct print-out of a news article posted to AVN.com ("Adult Video News"), covering BOW WOW's misappropriation and misuse of the video footage of PLAINTIFF, is attached to this complaint and marked as Exhibit "B."

32.    True and correct print-outs of three screenshots of YouTube user pages on which the BOW WOW music video for "Drank in My Cup" can still be viewed as of the time of this filing are attached to this complaint and marked as Exhibit "C." Notably, on just these three particular YouTube user pages, the video has been viewed 33,169 times, 13,408 times, and 5,859 times.

33.    True and correct print-outs of three screenshots of three websites on which the BOW WOW music video for "Drank in My Cup" has been re-hosted and can still be viewed as of the time of this filing are attached to this complaint and marked as Exhibit "D." These websites are HipHopStan.com (on which the video has been viewed 31,961 times as of the time of this filing), HotNewHipHop.com (on which the video has been viewed 9,412 times as of the time of this filing), and It.MusicPlayOn.com (on which the video has been viewed 2,706 times as of the time of this filing)

PIERCE LAW GROUP LLP
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212

# V.   CAUSES OF ACTION

## FIRST CAUSE OF ACTION:
## VIOLATION OF COMMON LAW RIGHT OF PUBLICITY
### (Against Defendants BOW WOW and DOES)

34.   PLAINTIFF re-alleges and incorporates by reference every allegation contained in the preceding and subsequent paragraphs of this complaint as though fully set forth herein.

35.   BOW WOW and DOES' use of PLAINTIFF's likeness and image in the above-described manner constitutes a willful violation of PLAINTIFF's common law right of publicity, which is a distinct right of privacy under California law.

36.   PLAINTIFF is informed and believes and upon that basis alleges that BOW WOW and DOES profited from the unauthorized use of PLAINTIFF's likeness and image by featuring her dance performance in the BOW WOW music video, done at the expense of PLAINTIFF.

37.   As a direct and proximate result of BOW WOW and DOES' unauthorized use of PLAINTIFF's likeness and image to promote BOW WOW's career and music, PLAINTIFF has suffered and will suffer substantial monetary damages in an amount according to proof at the time of trial, but which is in excess of the minimum jurisdiction of this Court.

38.   BOW WOW and DOES' conduct was willful, wanton, and malicious, and was intended to cause PLAINTIFF injury. BOW WOW and DOES intentionally and deliberately misappropriated PLAINTIFF's likeness and image to promote BOW WOW's career and music, with a reckless disregard for PLAINTIFF's well-being, rights, and sensibilities. BOW WOW and DOES did not engage in the above-described misconduct out of any sincere or proper motive; rather, said misconduct was knowing, willful, and oppressive, and BOW

WOW and DOES intended to appropriate to themselves without compensation to PLAINTIFF, what they knew to be PLAINTIFF's valuable proprietary and property rights in her identity.  PLAINTIFF is therefore entitled to punitive damages in an amount appropriate to punish BOW WOW and DOES for their wrongful conduct in depriving PLAINTIFF of the valuable rights guaranteed to PLAINTIFF by the laws of the State of California.

## SECOND CAUSE OF ACTION:
## VIOLATION OF CALIFORNIA CIVIL CODE §3344
### (Against Defendants BOW WOW and DOES)

39.    PLAINTIFF re-alleges and incorporates by reference every allegation contained in the preceding and subsequent paragraphs of this complaint as though fully set forth herein.

40.    BOW WOW and DOES' publication and distribution of PLAINTIFF's likeness and image, which promoted and endorsed BOW WOW and DOES' business and commercial interests, as alleged above, violated PLAINTIFF's rights under § 3344 of the California Civil Code.

41.    PLAINTIFF is informed and believes and upon that basis alleges that BOW WOW and DOES profited from the unauthorized use of PLAINTIFF's likeness and image by using it to promote BOW WOW's career and music and BOW WOW and DOES' business and commercial interests, at the expense of PLAINTIFF's statutory rights.

42.    As a direct and proximate result of BOW WOW and DOES' unauthorized use of PLAINTIFF's likeness and image to promote BOW WOW's career and music and BOW WOW and DOES' business and commercial interests, PLAINTIFF has suffered and will suffer substantial monetary damages in an amount according to proof at the time of trial, but which is in excess of the minimum jurisdiction of this Court.

43.    BOW WOW and DOES' conduct was willful, wanton, and

PIERCE LAW GROUP LLP
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212

malicious, and intended to cause PLAINTIFF injury. BOW WOW and DOES intentionally and deliberately misappropriated PLAINTIFF's likeness and image to promote BOW WOW's career and music and BOW WOW and DOES' business and commercial interests, with reckless disregard for PLAINTIFF's well being, rights, and sensibilities. BOW WOW and DOES' misconduct also constituted a fraud on the public, in that the public was falsely led to believe that PLAINTIFF consented to such commercial use and exploitation of her likeness and image to promote and endorse BOW WOW's career and music and BOW WOW and DOES' commercial and business interests. BOW WOW and DOES did not engage in the above-described misconduct out of any sincere or proper motive; rather, said misconduct was knowing, willful, and oppressive, and BOW WOW and DOES intended to appropriate to themselves without compensation what they knew to be PLAINTIFF's valuable proprietary and property rights in her identity. PLAINTIFF is therefore entitled to an award of punitive and exemplary damages in an amount appropriate to punish BOW WOW and DOES for their wrongful conduct in depriving PLAINTIFF of the valuable rights guaranteed to her by California Civil Code § 3344.

## THIRD CAUSE OF ACTION:
## VIOLATION OF BUSINESS & PROFESSIONS CODE § 17200
## (Against Defendants BOW WOW and DOES)

44.     PLAINTIFF re-alleges and incorporates by reference every allegation contained in the preceding and subsequent paragraphs of this complaint as though fully set forth herein.

45.     The acts of BOW WOW and DOES that are laid out and alleged herein constitute unfair competition in that such act are unlawful, unfair, and/or fraudulent business practices and are unfair and wrongful conduct that is prohibited by California Business and Professions Code § 1700, *et seq*.

46.     BOW WOW and DOES engaged in unlawful, unfair, and/or

PIERCE LAW GROUP LLP
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212

fraudulent business practices, including but not limited to: engaging in the unauthorized use of PLAINTIFF's image, likeness, and trademark in BOW WOW's music video; voluntarily engaging in worldwide online advertising and promotion, via BOW WOW's social media websites, of the BOW WOW music video containing unauthorized footage featuring PLAINTIFF's image, likeness, and trademark; using PLAINTIFF's image, likeness, and trademark for such commercial purposes without PLAINTIFF's knowledge or permission; and creating a false impression of PLAINTIFF's association with, sponsorship of, and approval of BOW WOW and DOES' activities.

47.     BOW WOW and DOES did not engage in the above described misconduct out of any sincere or proper motive; rather, said misconduct was knowing, willful, and oppressive, and intended to appropriate to BOW WOW and DOES without compensation what BOW WOW and DOES knew or should have known to be PLAINTIFF's valuable rights.   Said misconduct also constituted a fraud on the public in that the public was led to believe, falsely, that PLAINTIFF consented to such commercial use of her image and likeness and was associated with and approved of BOW WOW and DOES' activities.

48.     As a direct and proximate result of BOW WOW and DOES' said misconduct, BOW WOW and DOES have been unjustly enriched at the expense of PLAINTIFF in a substantial sum, and PLAINTIFF is entitled to restitution and injunctive relief, according to proof at the time of trial.

## FOURTH CAUSE OF ACTION:
## FALSE ASSOCIATION IN VIOLATION OF
## THE FEDERAL LANHAM ACT, 15 U.S.C. § 1125
### (Against Defendants BOW WOW and DOES)

49.     PLAINTIFF re-alleges and incorporates by reference every allegation contained in the preceding and subsequent paragraphs of this complaint as though fully set forth herein.

50.     PLAINTIFF's successful modeling and acting career spans over a decade, and thus her name, likeness, and associated trademark are internationally recognized and identifiable by the public.  PLAINTIFF's name, likeness, and trademark are famous and distinctive within the meaning of 15 U.S.C. §§ 1125 and 1127.

51.     BOW WOW and DOES' use in commerce of PLAINTIFF's name, likeness, and associated trademark constitutes a violation of 15 U.S.C. § 1125(a) in that it creates a false association between PLAINTIFF and BOW WOW and DOES, and is likely to cause confusion, mistake, and deception as to the affiliation, connection, and association between PLAINTIFF and BOW WOW and DOES.

52.     As a direct and proximate result of BOW WOW and DOES' said misconduct, PLAINTIFF is entitled, pursuant to 15 U.S.C. § 1117(a), to the recovery of: (1) any profits that BOW WOW and DOES made from the misappropriation of PLAINTIFF's likeness and trademark to promote BOW WOW's career and music and BOW WOW and DOES' business and commercial interests; (2) any damages sustained by PLAINTIFF as a result of BOW WOW and DOES' said misconduct, the exact amount of which shall be established by PLAINTIFF at trial; and (3) PLAINTIFF's costs of suit. PLAINTIFF is also entitled to injunctive relief, pursuant to 15 U.S.C. § 1125 (c)(5), according to proof at the time of trial.

**FIFTH CAUSE OF ACTION:**

**UNJUST ENRICHMENT**

**(Against Defendants BOW WOW, UMG, and DOES)**

53.     PLAINTIFF re-alleges and incorporates by reference every allegation contained in the preceding and subsequent paragraphs of this complaint as though fully set forth herein.

54.     BOW WOW's official Twitter page (twitter.com/#!/bowwow) and

PIERCE LAW GROUP LLP
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212

his official YouTube page (youtube.com/user/PrinceBowWow) are used to promote the career and music of BOW WOW and to promote the business and commercial interests of BOW WOW, UMG, and DOES. In fact, on April 20, 2012, the date that BOW WOW and DOES posted the link to the music video for "Drank in My Cup" on BOW WOW's Twitter page, they also "tweeted" to encourage fans to purchase tickets to BOW WOW's upcoming live shows in California and Iowa, and to encourage people to watch "Bow Wow movie weekend" on the BET television channel.

55.     At the time that BOW WOW and DOES posted the video for "Drank in My Cup" on YouTube and posted a link to it on Twitter, they were engaged in promoting BOW WOW's forthcoming album, "Underrated," set to be released by one of UMG's labels in Summer 2012, and BOW WOW's corresponding live tour. The "Drank in My Cup" video, featuring PLAINTIFF's misappropriated image, likeness, and trademark, was part of these promotional efforts and was used to promote the business and commercial interests of BOW WOW, UMG, and DOES by generating interest in BOW WOW, encouraging sales of his music, and encouraging sales of his tour tickets.

56.     Through BOW WOW and DOES' intentional and unlawful misappropriation of PLAINTIFF's image, likeness, and trademark, BOW WOW, UMG, and DOES have been unjustly enriched at PLAINTIFF's expense. BOW WOW, UMG, and DOES never sought PLAINTIFF's authorization to use her image, likeness, and trademark to promote their business and commercial interests, nor did they ever compensate PLAINTIFF for the right to do so.

57.     Based on the facts as alleged herein and as proven at trial, in equity and good conscience, it would be unconscionable and otherwise unjust for BOW WOW, UMG, and DOES to enrich themselves at the expense of PLAINTIFF. As a direct and proximate result of BOW WOW, UMG, and DOES' misconduct, PLAINTIFF has been damaged in an amount to be determined

PIERCE LAW GROUP LLP
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212

according to proof at the time of trial and as such, is entitled to restitution of any ill-gotten gains.

58.

## VI.   PRAYER

WHEREFORE, Plaintiff CELINE TRAN prays for judgment against Defendants SHAD GREGORY MOSS, aka BOW WOW, UNIVERSAL MUSIC GROUP, INC., and DOES 1 to 10, and each of them as follows:

### FIRST CAUSE OF ACTION:
### VIOLATION OF COMMON LAW RIGHT OF PUBLICITY

(a) For special damages according to proof for which such damages are available;

(b) For general damages according to proof for which such damages are available;

(c) For compensatory damages according to proof for which such damages are available;

(d) For an award of punitive and exemplary damages against Defendants according to proof for which such damages are available;

(e) On information and belief, the sum of all damages for this cause of action exceeds the jurisdictional limit of $75,000.00.

(f) For injunctive relief to the extent that the court sees proper, including but not limited to an order prohibiting Defendants from ever using the misappropriated footage featuring PLAINTIFF in any media in any format, and an order requiring Defendants to take affirmative remedial measures and use best efforts to remove the infringing BOW WOW video from third party websites.

(g) For reasonable attorney fees incurred in this action for which such fees are recoverable under agreement or pursuant to law;

PIERCE LAW GROUP LLP
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212

(h) For costs of suit incurred in this action;

(i) For prejudgment and post-judgment interest;

(j) For any other and further relief which the Court may deem appropriate and just.

## SECOND CAUSE OF ACTION:
## VIOLATION OF CALIFORNIA CIVIL CODE §3344

(a) For special damages according to proof for which such damages are available;

(b) For general damages according to proof for which such damages are available;

(c) For compensatory damages according to proof for which such damages are available;

(d) For an award of punitive and exemplary damages against Defendants according to proof for which such damages are available;

(e) On information and belief, the sum of all damages for this cause of action exceeds the jurisdictional limit of $75,000.00.

(f) For injunctive relief to the extent that the court sees proper, including but not limited to an order prohibiting Defendants from ever using the misappropriated footage featuring PLAINTIFF in any media in any format, and an order requiring Defendants to take affirmative remedial measures and use best efforts to remove the infringing BOW WOW video from third party websites.

(g) For reasonable attorney fees incurred in this action for which such fees are recoverable under agreement or pursuant to law;

(h) For costs of suit incurred in this action;

(i) For prejudgment and post-judgment interest;

(j) For any other and further relief which the Court may deem appropriate

and just.

## THIRD CAUSE OF ACTION:
## VIOLATION OF CALIFORNA BUSINESS & PROFESSIONS CODE §
## 17200

(a) For restitution according to proof for which such damages are available;

(b) On information and belief, the sum of the damages for this cause of action exceeds the jurisdictional limit of $75,000.00.

(c) For injunctive relief to the extent that the court sees proper, including but not limited to an order prohibiting Defendants from ever using the misappropriated footage featuring PLAINTIFF in any media in any format, and an order requiring Defendants to take affirmative remedial measures and use best efforts to remove the infringing BOW WOW video from third party websites.

(d) For reasonable attorney fees incurred in this action for which such fees are recoverable under agreement or pursuant to law;

(e) For costs of suit incurred in this action;

(f) For prejudgment and post-judgment interest;

(g) For any other and further relief which the Court may deem appropriate and just.

## FOURTH CAUSE OF ACTION:
## FALSE ASSOCIATION IN VIOLATION OF
## THE FEDERAL LANHAM ACT, 15 U.S.C. § 1125

(a) For special damages according to proof for which such damages are available;

(b) For general damages according to proof for which such damages are available;

PIERCE LAW GROUP LLP
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212

(c) For compensatory damages according to proof for which such damages are available;

(d) For an award of punitive and exemplary damages against Defendants according to proof for which such damages are available;

(e) For restitution according to proof for which such damages are available;

(f) On information and belief, the sum of all damages for this cause of action exceeds the jurisdictional limit of $75,000.00.

(g) For injunctive relief to the extent that the court sees proper, including but not limited to an order prohibiting Defendants from ever using the misappropriated footage featuring PLAINTIFF in any media in any format, and an order requiring Defendants to take affirmative remedial measures and use best efforts to remove the infringing BOW WOW video from third party websites.

(h) For reasonable attorney fees incurred in this action for which such fees are recoverable under agreement or pursuant to law;

(i) For costs of suit incurred in this action;

(j) For prejudgment and post-judgment interest;

(k) For any other and further relief which the Court may deem appropriate and just.

## FIFTH CAUSE OF ACTION:
## UNJUST ENRICHMENT

(a) For restitution of any ill-gotten gains, according to proof at trial;

(b) On information and belief, the sum of the damages for this cause of action exceeds the jurisdictional limit of $75,000.00.

(c) For reasonable attorney fees incurred in this action for which such fees are recoverable under agreement or pursuant to law;

(d) For injunctive relief to the extent that the court sees proper, including

but not limited to an order prohibiting Defendants from ever using the misappropriated footage featuring PLAINTIFF in any media in any format, and an order requiring Defendants to take affirmative remedial measures and use best efforts to remove the infringing BOW WOW video from third party websites.

(e) For costs of suit incurred in this action;

(f) For prejudgment and post-judgment interest;

(g) For any other and further relief which the Court may deem appropriate and just.

Dated: July 27, 2012                          PIERCE LAW GROUP LLP

                                              BY: _____
                                                  David Pierce, Esq.
                                                  Azita Mirzaian, Esq.
                                                  Attorney for Plaintiff
                                                  CELINE TRAN

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all claims triable by jury.


Dated: July 27, 2012                         PIERCE LAW GROUP LLP


By: _____
        David Pierce, Esq.
        Azita Mirzaian, Esq.
        Attorney for Plaintiff
        CELINE TRAN

PIERCE LAW GROUP LLP
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212

# Exhibit A



EXHIBIT A

# Exhibit B

Located in: Home > Business > Video News > Katsuni Accuses Bow Wow of Piracy

# Katsuni Accuses Bow Wow of Piracy



Posted April 23rd, 2012 12:45 PM by Peter Warren

Like   4      Tweet   13

CHATSWORTH, Calif.—Adult luminary Katsuni co-stars with rapper Bow Wow in a new music video posted to YouTube Friday that's racked up over a quarter million views. There's just one problem: According to Katsuni, the footage featuring her was swiped without permission.

Indeed, the same footage can be found in the video for (appropriately enough) "The Conspiracy Strip Club" released last month by techno band The Electronic Conspiracy, and shot by director Raphaël Carlier in Paris club Secret Square.

ADVERTISEMENT

"This guy has no right to do that," Katsuni said in an email. "That's just piracy!"

Adding another interesting wrinkle to the story is the fact that the song itself, "Drank in My Cup," is simply a stretch of freestyle rapping by Bow Wow over the instrumentals to the Billboard R&B/Hip-Hop top 10-charting song of the same name by rapper Kirko Bangz.

Bow Wow PR rep Aliya Crawford told AVN, "The video was created and posted by a fan, not by Bow Wow or anyone associated with him."

That contention begs a few questions, seeing as how Bow Wow appears throughout the video. Regardless, its original posting was pulled from YouTube sometime around 12:30 p.m. PST today.

*Pictured: Katsuni in "The Conspiracy Strip Club" music video, as sampled in Bow Wow's "Drank in My Cup" video.*

Like   4 |      Tweet   13

E-mail      Comments

Previous article                                              Next article
APHSS.org Taps St James Infirmary for S.F. Talent Testing      Twistys Treat of the Year Competition Currently Underway

**Related Content:**

**Profiles**

Katsuni

**Article Authors**

Peter Warren

## Comments

**Please log in to comment.**
**Don't have a free account? Become a member!**

*By participating you agree to our Privacy Policy & the AVN "Be Kind Policy"*
*and represent that you are not under the age of 18.*

## Related Topics

Bow Wow   Katsuni   Drank in My Cup   Electronic Conspiracy   Conspiracy Strip Club   Kirko Bangz   Billboard

EXHIBIT   B

# Exhibit C



You Tube

Browse   Movies   Upload   Create Account   Sign In

**Bow Wow - Drank In My Cup Freestyle**

wyXmj   ⊕ Subscribe ▾   13 videos ▾



follow @Elswidtherecire for original beats

1:16

33,169

99 likes, 3 dislikes

Like   Share

Published on Apr 26, 2012 By wyXmj

Bow Wow - Drank In My Cup (Freestyle) (Music Video)
Bow Wow - Drank In My Cup (Freestyle) (Music Video)
Bow Wow - Drank In My Cup (Freestyle) (Music Video)
...

Show more

Top Comments

Better than kirko's

balooddox xx365   2 months ago   16 👍

**Kirko Bangz - Drank In My Cup (Official Video)**
by KirkoBangz
28,855.9 FEATURED VIDEO

**Kirko Bangz - Drank In My Cup | Maggie**
by aystaqpip
8,227 views

**Bow Wow "Boy Or Girl Music Video"**
by PriceBowWow
1,956,787 views

**Kid Ink - Stank In My Blunt (Smoke Video)**
by MiissDreimD1V
409,086 views

**Bow Wow "Nightmares Of The Bottom"**
by PriceBowWow
1,638,552 views

**Bow Wow "Mary Jane" Video**
by PriceBowWow
885,952 views

**BOW WOW GETS CRAZY MAD**
by sammywsmyth6
103,014 views

**Kid Ink - Stank In My Blunt (Drink In My Cup**
by 401Records
817,275 views




EXHIBIT C - page 1



🔍 Navy Pics    ⟲ www.youtube.com/watch?v=...&feature=related    Bow Wow "Drank In My C...

# You Tube

🔍    **Browse**    **Movies**    **Upload**    **Create Account**    **Sign In**

## Bow Wow "Drank In My Cup" Wizzie Mix

TheOfficialYMCMBTV  ⊕ **Subscribe**    15 videos ▾

👍 **Like**    👎    **Share**    ▸    ⋯



0:15

13,408

Show more

Published on Apr 20, 2012 by TheOfficialYMCMBTV

Bow Wow "Drank In My Cup" Wizzie Mix
Bow Wow "Drank In My Cup" Wizzie Mix
Bow Wow "Drank In My Cup" Wizzie Mix

All Comments (4)

Sign in or Sign up now to post a comment

---

**Kirko Bangz - Drank In My Cup (Official Video)**
by KirkoBangz
28,655,9 FEATURED VIDEO

**Bow Wow - Drank In My Cup Wizzie Mix HD**
by Gerard WizzKVideos
5,770 views

**Chris Brown vs Drake Fight in NYC**
by Picstar7
253,819 views

**Bow Wow - "Drank In My Cup" Wizzie Mix**
by bowwezz1000
147,164 views

**Bow Wow vs. Kobe Bryant, 1-on-1 $1000**
by powverdplayers1
2,496,514 views

**Bow Wow - Drank In My Cup (Freestyle)**
by amberryam!esh
42,251 views

**CeCe G - Drank In My Cup (FEMALE**
by pcleproductionz
251,933 views

**Drank In My Cup (Remix) - Kirko Bangz**
by HaiZake
11,058 views

see all

EXHIBIT C - page 2



EXHIBIT C - page 3

# Exhibit D





EXHIBIT D - page 2



EXHIBIT D - page 3

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| CELINE TRAN, an individual | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) CV12-06551 RSWL (FMOx) |
| v. | ) Civil Action No. |
| SHAD GREGORY MOSS, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; and DOES 1 to 10, inclusive | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> PIERCE LAW GROUP LLP
> 9100 Wilshire Boulevard, Suite 225, East Tower
> Beverly Hills, California 90212
> Tel: (310) 274-9191
> Fax: (310) 274-9151

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 30 2012

Date:

CLERK OF COURT

**JULIE PRADO**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❐ I returned the summons unexecuted because _____ ; or

    ❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

                                  _____
                                            *Server's signature*

                                  _____
                                          *Printed name and title*


                                  _____
                                          *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

## CV12- 6551 RSWL (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.