JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Celine Tran, | ) CV 12-6551 RSWL (FMOx) |
| Plaintiff, | ) |
| | ) AMENDED* |
| v. | ) **JUDGMENT** |
| | ) |
| Shad Gregory Moss; | ) |
| Universal Music Group, | ) |
| Inc.; Does 1 to 10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Having granted Plaintiff's Application for Entry of Default Judgment Against Defendant Shad Gregory Moss ("Defendant"), judgement is hereby entered against Defendant and in favor of Plaintiff. Defendant is ordered to pay restitution damages to Plaintiff in the amount of $1.00 and punitive damages to Plaintiff under California Civil Code § 3294(a) in the amount of $51,900.00. Defendant is also ordered to pay Plaintiff's attorney's fees pursuant to Local Rule 55-3 in the amount of $26,790.00 and costs incurred in this

1

suit the amount of $655.07.  In sum, Defendant is liable for the total award of $79,346.07, and post-judgment interest on this amount is awarded.

In addition, the Court enters a permanent injunction as follows: Defendant and his officers, agents, employees, and all other persons in active concert or participation with Defendant who receive actual notice of the injunction are hereby enjoined from using the misappropriated footage of Plaintiff at issue in this case in any media in any format without the consent of Plaintiff.

DATED: February 22, 2013

**IT IS SO ORDERED.**

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge