David Albert Pierce, Esq. [SBN 162396]
Vera Golosker, Esq. [SBN 290537]
**PIERCE LAW GROUP LLP**
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212
Telephone: (310) 274-9191
Facsimile: (310) 274-9151
David@PierceLLP.com
Vera@PierceLLP.com

Attorney for Plaintiff CELINE TRAN

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CELINE TRAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SHAD GREGORY MOSS, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 2:12-cv-06551-RSWL-FMOx**<br><br>**ORDER AND JUDGMENT PURSUANT TO STIPULATION**<br><br>**Hon. Ronald S.W. Lew**<br>**Courtroom TBD**<br><br>**Complaint Filed: October 31, 2012** |

TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

---

**ORDER AND JUDGMENT ON PLAINTIFF'S REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO STIPULATION**

**2:16-cv-01214-RSWL-Ex**

-1-

PIERCE LAW GROUP LLP
9100 Wilshire Boulevard
Suite 225 East Tower
Beverly Hills, California 90212

The Court, pursuant to the Stipulation for Entry of Judgment ("Stipulation"), between Plaintiff Celine Tran ("Plaintiff") on the one hand and Defendant Shad Gregory Moss ("Defendant") on the other and attached hereto as Exhibit A, hereby orders that the Stipulation executed between Plaintiff and Defendant be deemed the actual judgment entered by the Court in the above-captioned matter:

1. Pursuant to the Stipulation, Plaintiff is entitled to recover from Defendant:

   a. The sum of $51,666.67 on Plaintiff's Complaint, subject to the terms of the Stipulation;
   b. The sum of $13,918.00 in reasonable attorney fees and costs incurred in connection with the preparation and filing of Plaintiff's Request for Entry of Judgment; and
   c. Any future reasonable attorney fees and costs that may be further incurred in connection with the enforcement of the Court's Judgment.

2. No Appeals and Continuing Jurisdiction. No appeals shall be taken from this Judgment, and all parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Judgment.

All pending dates are vacated. The Clerk shall close this action.

**IT IS SO ORDERED.**

Dated : May 22, 2017

s/     RONALD S.W. LEW
Hon. Ronald S.W. Lew
Senior U.S. District Judge